**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**SYLVIA SINGLETARY**,

    Plaintiff,

v.

**HOWARD UNIVERSITY**,

    Defendant.

Case No. 1:17-cv-01198 (TNM)

## ORDER

Upon consideration of the Plaintiff's Motion for Leave to File a Second Amended Complaint, the pleadings, relevant law, and related legal memoranda in opposition and in support, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Plaintiff's Motion is DENIED.  It is also

**ORDERED** that the Clerk of Court shall DISMISS the case with prejudice.

**SO ORDERED**.

This is a final, appealable Order.

Dated: September 26, 2018

TREVOR N. MCFADDEN
United States District Judge