**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**SYLVIA SINGLETARY,**

**Plaintiff,**

**v.** **Civil Action No.: 1:17-cv-01198 (TNM)**

**HOWARD UNIVERSITY,**

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given this 19th day of October, 2018, that Sylvia Singletary, Plaintiff, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the order and final judgment of this Court entered on the 26th day of September, 2018, in favor of Defendant Howard University, against Plaintiff, dismissing this action with prejudice.

The Plaintiff requests that the United States District Court Clerk serve notice of the filing of this Notice of Appeal in accordance with Rule 3(d) of the Federal Rules of Appellate Procedure.

**Respectfully submitted,**
**SYLVIA SINGLETARY**

By: *__/s/ James H. Shoemaker, Jr.________*

James H. Shoemaker, Jr., DC Bar No. VA029
Patten, Wornom, Hatten & Diamonstein, L.C.
12350 Jefferson Avenue, Suite 300
Newport News, Virginia 23602
Tel: 757-223-4580
Fax: 757-223-4518
Email: jshoemaker@pwhd.com
*Counsel for Plaintiff, Sylvia Singletary, D.V.M.*

Dated: October 19, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2018, the foregoing was electronically filed using the Court's CM/ECF system and thereby served on counsel of record as follows:

Jennifer L. Curry, Esq. DC Bar No.: 1001585
Donna M. Glover, Esq., DC Bar No.: MD28250
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, P.C.
100 Light Street
Baltimore, Maryland 21202
T: 410-862-1147
E-mail: dglover@bakerdonelson.com
E-mail: jcurry@bakerdonelson.com

*Counsel for Defendant, Howard University*

*/s/ James H. Shoemaker, Jr.*